452 A.2d 46

Commonwealth v. Hamilton, Appellant.
Petition for Allowance of Appeal Denied Feb. 17, 1983.

Submitted November 16, 1981.
Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned 44th Judicial District Common Pleas Court Judge Roy A. Gardner is affirmed.